FILED LODGED
RECEIVED

JUN 02 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

United States District Court
~~Eastern~~ District of Washington
Western

Jaime Linette Allen

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Clark County, Judge Gregory Gonzales, Judge Jill Sasser, DCYF, ~~Clark County~~, City of Vancouver, City of Ridgefield

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

→ Ridgefield Police Dept. Clark County Sheriff's office Vancouver Clinic, & CRESA

3:25-cv-05486 BHS
**Case No.** ____________
(To be filled out by Clerk's Office only)

# COMPLAINT

Jury Demand?
☒ Yes
☐ No

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: Allen, Jaime L
Name (Last, First, MI)

1177 Annapolis Rd #Po Box 354
Street Address

Anne Arundel Odenton MD 21113
County, City State Zip Code

503-490-8050
Telephone Number

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Clark County
Name (Last, First)

P.O. Box 5000
Street Address

Clark, Vancouver, WA 98666
County, City State Zip Code

Defendant 2: Judge Gonzales, Gregory
Name (Last, First)

1200 Franklin st.
Street Address

Clark, Vancouver WA 98660
County, City State Zip Code

**Defendant(s) Continued**

Defendant 3: Judge Sesser, Jill
Name (Last, First)

1200 Franklin St.
Street Address

Clark, Vancouver WA 98660
County, City State Zip Code

Defendant 4: City of Vancouver
Name (Last, First)

415 W. 6th Street
Street Address

Clark, Vancouver WA 98660
County, City State Zip Code

## II. BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

14th Amendment due process right regarding the right to raise your child and be involved in their daily life and upbringing including sharing religious and educational views.

## III. VENUE

*This court can hear cases arising out of the ~~Eastern~~ Western District of Washington.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

2.) A substantial part of the events you are suing about happened in this district.

## IV. STATEMENT OF CLAIM

Place(s) of occurrence: Violation of due process clause of 14th Amendment.

Date(s) of occurrence: From on or about may 28th 2022 to present.

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

What happened to you?

In the spring of 2022 Jaime Allen began the process of trying to obtain full custody of her daughter in the Clark County Superior Court located in Vancouver, WA in the State of Washington. Her daughter at the time resided in Ridgefield, WA. with her father. Since finally for custody modification

Jaime has been denied every motion in clark county superior court, has even appealed those denials to the Division II of wa State appeals court, & even requested review from the U.S Supreme Court. Most Recently, Judge Gonzales denied a motion for clarification of parenting schedule of visitation which was issued per direction of Judge Sasser regarding her decision to erroneously extend a harrassment order. The clark county court has taken steps which in essence have violated Jaime's 14th amendment due process right to parent ones children. The court failed to consider the teenage child's opinion or feeling when asked to do so.

Was anyone else involved?

The clark county superior court together with many state and local agencies businesses and individuals has engaged in a conspiracy to deceive, engaged in discrimination, and even potentially criminal behavior ultimately resulting in constitutional violations

of Jaime's protected right to parent and raise her daughter. The plaintiff will show through evidence and documents submitted a clear coordinated effort to deceive and violate Jaime's parental rights.

Who did what?

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Irreparable damage to Jaime's right to parent her daughter.



## VI. RELIEF

The relief I want the court to order is:

☐ ~~Money damages in the amount of: $~~

☒ Other (explain):

Parenting Plan to be reinstated and injunctions issued to State & Local agencies, businesses, & individuals participating in what has become a bullying and intimidation & deception campaign.



## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

5.27.25
Dated

[signature]
Plaintiff's Signature

Allen, Jaime, Linette
Printed Name (Last, First, MI)

1177 Amapolis Rd PO Box #354
Address City State Zip Code

odenton, maryland 2113

503-490-8050
Telephone Number

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*