THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAIME LINETTE ALLEN,

          Plaintiff,

   v.

CLARK COUNTY, et al.,

          Defendants.

No.: 3:25-cv-05486-BHS

DECLARATION OF DEFENDANT
KALKADORA THANGKHIEW IN
SUPPORT OF MOTION TO DISMISS

I, Kalkadora Thangkhiew, declare as follows:

1.     I am one of the defendants in this matter. I am over the age of 18, I am competent to testify, and I make this declaration from my personal knowledge and experience.

2.     I am an attorney licensed to practice law in Washington since June 9, 1998. Attached hereto as **Exhibit 1** is a true and correct copy of the Washington State Bar Association's public page about me.

3.     I represented Plaintiff Jaime Allen in the dissolution of her marriage to Heath Allen in 2017. Attached hereto as **Exhibit 2** is a true and correct copy of the Petition for Divorce (Dissolution), on file in Clark County Superior Court, signed on p. 5 by both Ms. Allen and me, as Ms. Allen's counsel.

DECLARATION OF KALKADORA
THANGKHIEW
NO.: 3:25-CV-05486-BHS

PAGE 1

KENNEDYS CMK LLP
1420 FIFTH AVENUE, STE 2200
SEATTLE, WA 98101
T: 564.224.9109

4.      I first learned of the instant lawsuit when I received an envelope from Ms. Allen, postmarked January 21, 2026.  Before that, she had never contacted me about this action.  The envelope contained a request for me to waive service.  Ms. Allen's mailing did not include a copy of the Complaint, or a prepaid means for returning the form.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED this 12 day of March, 2026.

By _____
Kalkadora Thangkhiew

DECLARATION OF KALKADORA          PAGE 2                    KENNEDYS CMK LLP
THANGKHIEW                                                 1420 FIFTH AVENUE, STE 2200
NO.: 3:25-CV-05486-BHS                                     SEATTLE, WA 98101
                                                           T: 564.224.9109

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on March 12, 2026, I caused to be served a true and correct copy of the foregoing document to be delivered on all counsel of record as indicated below:

Jaime Linette Allen
1177 Annapolis, PO Box 354
Odenton, Maryland 21113
503-490-8050
jaimeallen03@gmail.com

*Pro Se Plaintiff*

☐ Hand Delivery

☐ U.S. Mail

☐ E-mail

☒ CM/ECF filing system

Kevin A. McDowell, WSBA #55244
CLARK COUNTY PROSECUTING
ATTORNEY'S OFFICE
1300 Franklin Street, 3rd Floor
P.O. Box 5000
Vancouver, WA 98666
564-397-4745
kevin.mcdowell@clark.wa.gov

*Attorney for Defendants Clark County,*
*Jill Sasser, and Gregory Gonzales*

☐ Hand Delivery

☐ U.S. Mail

☐ E-mail

☒ CM/ECF filing system

Rebekah K. Ward-Palmerton, WSBA #33705
CLARK COUNTY PROSECUTING
ATTORNEY'S OFFICE
1300 Franklin Street, 3rd Floor
P.O. Box 5000
Vancouver, WA 98666
564-397-5866
rebekah.ward-palmerton@clark.wa.gov

*Attorney for Defendants Clark County*
*and Clark County Sheriff's Office*

☐ Hand Delivery

☐ U.S. Mail

☐ E-mail

☒ CM/ECF filing system

George A. Mix, WSBA #32864
Elizabeth Troutman, WSBA #62742
MIX SANDERS THOMPSON PLLC
1601 5th Ave., Ste. 1800
Seattle, WA 98101
206-678-1000
george@mixsanders.com
elizabeth@mixsanders.com

*Attorneys for Defendants City of Ridgefield*

☐ Hand Delivery

☐ U.S. Mail

☐ E-mail

☒ CM/ECF filing system

Gregory C. Narver, I, WSBA #18127
Megan M. Coluccio, WSBA #44178
BAKER STERCHI COWDEN & RICE LLC
2100 Westlake Ave. N, Ste. 206
Seattle, WA 98109
206-390-0148
gregory.narver@bakersterchi.com
megan.coluccio@bakersterchi.com

*Attorneys for Defendants Ridgefield
School District*

☐ Hand Delivery

☐ U.S. Mail

☐ E-mail

☒ CM/ECF filing system

John C. Rake, WSBA #48910
LARKINS VACURA KAYSER LLP
121 SW Morrison St., Ste. 700
Portland, OR 97204
503-222-4424
jrake@lvklaw.com

*Attorney for Defendant Vancouver Clinic*

☐ Hand Delivery

☐ U.S. Mail

☐ E-mail

☒ CM/ECF filing system

Rebekah L. Fletcher, WSBA #40129
ATTORNEY GENERAL'S OFFICE
(40141-OLY)
7141 Cleanwater Dr. SW
P.O. Box 40141
Olympia, WA 98504-0141
360-586-6505

☐ Hand Delivery

☐ U.S. Mail

☐ E-mail

☒ CM/ECF filing system

DECLARATION OF KALKADORA
THANGKHIEW
NO.: 3:25-CV-05486-BHS

PAGE 4

rebekah.fletcher@atg.wa.gov
Alix R. Campbell, WSBA #50960
ATTORNEY GENERAL'S OFFICE (800
SEATTLE)
800 5th Ave., Ste. 2000
Seattle, WA 98104
360-586-5614
alix.campbell@atg.wa.gov

**Attorneys for Defendant Washington State
Department of Children Youth and Families**

Richard L. Martens, WSBA #4737
Matthew E. Orie, WSBA #55932
James G. Cheney, WSBA #60363
MARTENS + ASSOCIATES PS
705 5th Ave. S, Ste. 150
Seattle, WA 98104
jcheney@martenslegal.com
morie@martenslegal.com
rmartens@martenslegal.com

☐ Hand Delivery

☐ U.S. Mail

☐ E-mail

☒ CM/ECF filing system

**Attorneys for Defendant Clark-Cowlitz Fire
Rescue Station 21**

Todd W. Wyatt, WSBA #31608
WYATT GRONSKI PLLC
540 Newport Way NW, Ste. 200
Issaquah, WA 98027
todd@wdlawgroup.com

☐ Hand Delivery

☐ U.S. Mail

☐ E-mail

☒ CM/ECF filing system

**Attorney for Defendant Kaiser Permanente
Vancouver, WA**

Donna L. Lee, WSBA #42395
HART WAGNER (OR)
1000 SW Broadway, Ste. 2000
Portland, OR 97205
dll@hartwagner.com

☐ Hand Delivery

☐ U.S. Mail

☐ E-mail

☒ CM/ECF filing system

**Attorney for Defendant LifeStance - Jaime
Vasquez**

DECLARATION OF KALKADORA
THANGKHIEW
NO.: 3:25-CV-05486-BHS

PAGE 5

KENNEDYS CMK LLP
1420 FIFTH AVENUE, STE 2200
SEATTLE, WA 98101
T: 564.224.9109

Kimberly Reppart, WSBA #30643
Kevin C. Hormann, WSBA #60763
CLYDE & CO US LLP (SEA)
401 UNION ST
STE 1400
SEATTLE, WA 98101
kevin.hormann@clydeco.com
kim.reppart@clydeco.com

☐ Hand Delivery

☐ U.S. Mail

☐ E-mail

☒ CM/ECF filing system

***Attorneys for Defendants Walgreens Salmon
Creek-Management, Staff, and Pharmacy***

DATED: March 12, 2026

By  *s/ Jessica Ganjaie*
Jessica Ganjaie, Legal Assistant
E-mail: jessica.ganjaie@kennedyslaw.com

DECLARATION OF KALKADORA
THANGKHIEW
NO.: 3:25-CV-05486-BHS

PAGE 6

KENNEDYS CMK LLP
1420 FIFTH AVENUE, STE 2200
SEATTLE, WA 98101
T: 564.224.9109