**EXHIBIT 1**

3/12/26, 12:44 PM
Case 3:25-cv-05486-BHS
Document 47-1
Legal Profile
Filed 03/12/26
Page 2 of 2

**Kalkadora Thangkhiew**

| | |
|---|---|
| **License Number:** | 27916 |
| **License Type:** | Lawyer |
| **License Status:** | Active |
| **Eligible To Practice:** | Yes |
| **WSBA Admit Date:** | 6/9/1998 |

## Contact Information

| | |
|---|---|
| **Public/Mailing Address:** | Kalkadora Thangkhiew PS<br>1409 Franklin St Ste 205<br>Vancouver, WA 98660-2826<br>United States |
| **Email:** | kalka@qwestoffice.net |
| **Phone:** | (360) 571-8228 |
| **Fax:** | (360) 571-8228 |
| **Website:** | |
| **TDD:** | |

## Professional Liability Insurance

| | |
|---|---|
| **Private Practice:** | Yes |
| **Has Insurance?** | Yes - Click for more info |
| **Last Updated:** | 1/15/2026 8:00:00 AM |

## Current Volunteer Service

**Member of the following groups:**

None

## Disciplinary History

*In some cases, discipline search results will not reveal all disciplinary action relating to a Washington licensed legal professional, and may not display links to the official decision documents.*

**The following information is provided voluntarily by the licensed legal professional. The information might be incomplete, inaccurate, and/or out of date.**

### Practice Information Identified by Legal Professional

| | |
|---|---|
| **Firm or Employer:** | Kalkadora Thangkhiew PS |
| **Office Type and Size:** | Solo practice |
| **Practice Areas:** | Family |
| **Languages Other Than English:** | Hindi |

## Judicial Service

| | |
|---|---|
| **Has Ever Served as Judge:** | Unknown |