**EXHIBIT 2**

FILED

2017 FEB -3 PM 3: 39

SCOTT G. WEBER. CLERK
CLARK COUNTY

### Superior Court of Washington, County of Clark

In re the Marriage of:

Petitioner,

    HEATH ALLEN

and

Respondent,

    JAIME ALLEN

No. **17-3-00186-1**

Petition for Divorce (Dissolution)
(PTDSS)

# Petition for Divorce (Dissolution)

**1.    Information about the parties**

Petitioner lives in Clark County, WA.

Respondent lives in Thurston County, WA.

**2.    Information about the marriage**

We were married on September 23, 2000 in Vancouver, WA.

We began living in separate households on August 13, 2016.

**3.    Request for divorce**

This marriage is irretrievably broken. I ask the court to dissolve our marriage and find that our marital community ended on the date this Petition is filed.

//

//

RCW 26.09.020
Mandatory Form (05/16, rev. 4/25/16)
FL Divorce 201

FamilySoft FormPAK PL 2016

Petition for Divorce
(Dissolution)
p. 1 of 5

Marsh, Higgins, Beaty & Hatch, PC
1112 Daniels Street
P O Box 54
Vancouver, Washington 98666   3
www.Marsh-Higgins.com
(360) 695-7909

PDF

### 4. Jurisdiction over the spouses

The court has jurisdiction over the marriage because at least one of the spouses lives in Washington State, or is stationed in this state as a member of the armed forces.

The court has personal jurisdiction over the Respondent because:

The Respondent lives in Washington State.

The Petitioner and Respondent lived in Washington State while they were married, and the Petitioner still lives in this state or is stationed in this state as a member of the armed forces.

The Petitioner and Respondent may have conceived a child together in this state.

### 5. Is one of the spouses pregnant?  No

### 6. Children of the marriage

My spouse and I have the following children together who are still dependent:

| Child's name | Age |
|---|---|
| Redacted | 8 |

### a. Children's home/s

During the past 5 years has the child lived:

- on an Indian reservation,
- outside Washington state,
- in a foreign country, or
- with anyone who is not a party to this case?

Yes.

| Dates | Children | Lived with | In which state, Indian reservation, or foreign country |
|---|---|---|---|
| From: Dec. 2012 To: Aug. 2016 | Redacted | Petitioner and Respondent | Illinois |
| From: Aug. 2016 to current | Redacted | Petitioner | Washington |

### b. Other people with a legal right to spend time with a child

Do you know of anyone besides you and your spouse who has (or claims to have) a legal right to spend time with any of the children?    No.

RCW 26.09.020
Mandatory Form (05/16, rev. 4/25/16)
FL Divorce 201

Petition for Divorce
, (Dissolution)
p. 2 of 5

Marsh, Higgins, Beaty & Hatch, PC
1112 Daniels Street
P O Box 54
Vancouver, Washington 98666
www.Marsh-Higgins.com
(360) 695-7909

FamilySoft FormPAK PL 2016

c. **Other court cases involving a child**

Do you know of any court cases involving any of the children?    Yes.

| Kind of case (Family Law, Criminal, Protection Order, Juvenile, Dependency, Other) | County and State | Case number and year | Children |
|---|---|---|---|
| Dissolution of Marriage | Clark County WA. | 11-3-01072-1 (2011) | Redacted |

7. **Jurisdiction over the children**  (RCW 26.27.201 – .221, .231, .261, .271)

The court can approve a *Parenting Plan* for the child my spouse and I have together because:

The child is in this state, Petitioner resides in this state, and Petitioner accepts jurisdiction of this court.

8. **Parenting Plan**

I ask the court to order a *Parenting Plan* for the child my spouse and I have together. I ask the court to order the Parenting Plan filed herewith by agreement of the parties.

9. **Child Support**

Child support shall be provided for as referenced in the Separation Agreement filed herewith.

I ask the court to order that tax exemptions for our dependent child be divided as follows: To Father in lieu of child support and no spousal maintenance to Mother.

10. **Children from other relationships**

Neither spouse has children from other relationships.

11. **Written Agreements**

Have you and your spouse signed a prenuptial agreement, separation contract or community property agreement?   Yes. We have agreed to the Separation Agreement filed herewith.

12. **Real Property**

Neither spouse owns any real property.

13. **Personal Property**

RCW 26.09.020
Mandatory Form *(05/16, rev. 4/25/16)*
FL Divorce 201

Petition for Divorce
(Dissolution)
p. 3 of 5

Marsh, Higgins, Beaty & Hatch, PC
1112 Daniels Street
P O Box 54
Vancouver, Washington 98666
www.Marsh-Higgins.com
(360) 695-7909

FamilySoft FormPAK PL 2016

I ask the court to divide our personal property as referenced in the Separation Agreement filed herewith.

## 14.    Debts

I ask the court to order each spouse to be responsible for the debts s/he incurred (made) after the date of separation.

I ask the court to make the following orders about debts:

Divide the debts as referenced in the Separation Agreement filed herewith.

## 15.    Spousal Support

Spousal support is **not** needed.

## 16.    Fees and Costs

No request.

## 17.    Protection Order

*Do you want the court to issue an Order for Protection as part of the final orders in this case?* **No.** I do not want an *Order for Protection.*

## 18.    Restraining Order

*Do you want the court to issue a Restraining Order as part of the final orders in this case?*

**No.**

## 19.    Name change

No request.

## 20.    Other requests, if any:

Does not apply.

**Petitioner fills out below:**

I declare under penalty of perjury under the laws of the state of Washington that the facts I have provided on this form are true.

Signed at: Vancouver, WA        Date: January 27, 2017

_____        Heath Allen
Petitioner                                                      Print name

RCW 26.09.020                                      Petition for Divorce        Marsh, Higgins, Beaty & Hatch, PC
Mandatory Form (05/16, rev. 4/25/16)     (Dissolution)                        1112 Daniels Street
FL Divorce 201                                        p. 4 of 5                        P O Box 54
                                                                                                    Vancouver, Washington 98666
                                                                                                    www.Marsh-Higgins.com
FamilySoft FormPAK PL 2016                                                            (360) 695-7909

**Petitioner's lawyer (if any) fills out below:**

JEFFREY J. HATCH, WSBA #24327          2/3/17
Attorney for Petitioner, Heath Allen          Date

**Respondent fills out below if he/she agrees to join this Petition:**

I, <u>Jaime Allen</u>, agree to join this *Petition*. I understand that if I fill out and sign below, the court may approve the requests listed in this *Petition* unless I file and serve a *Response* before the court signs final orders.

I ask the Petitioner to notify me about any hearings in this case. *(List an address where you agree to accept legal documents. This may be a lawyer's address or any other address.)*

1409 Franklin St. Ste 205, Vancouver WA 98660
address          city          state     zip

*(If this address changes before the case ends, you must notify all parties and the court in writing. You may use the Notice of Address Change form (FL All Family 120). You must also update your Confidential Information Form (FL All Family 001) if this case involves parentage or child support.)*

Respondent signs here          Jaime Allen          1-36-17
                               Print name          Date

**Respondent's lawyer:**

KALKADOBA THANGKHEIW, WSBA #27916          1/31/17
Attorney for Respondent, Jaime Allen          Date

RCW 26.09.020                Petition for Divorce          Marsh, Higgins, Beaty & Hatch, PC
Mandatory Form *(05/16, rev. 4/25/16)*     (Dissolution)                1112 Daniels Street
FL Divorce 201                            p. 5 of 5                     P O Box 54
                                                                       Vancouver, Washington 98666
                                                                       www.Marsh-Higgins.com
FamilySoft FormPAK PL 2016                                             (360) 695-7909